# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00098-CV

**Highland Lakes Villas Homeowners Association, Inc., Appellant**

**v.**

**Kyle Rodenbeck, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
### NO. D-1-GN-10-000439, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss the appeal, explaining that they have

settled their dispute.  We grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed on Joint Motion

Filed:   May 10, 2013